

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FRANCISCO MORA-DELGADO, Defendant. | CR NO: 1:15-CR-00083 LJO SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Francisco Mora-Delgado
Detained at: KERN COUNTY JAIL

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: § 1326(a) & (b)(2) Deported Alien Found in U.S.
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Mia A. Giacomazzi
Printed Name & Phone No: Mia A. Giacomazzi / (559) 497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7/2/15

Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Francisco Mora | ☒Male ☐Female | |
| Booking or CDC #: | 93934AD2 | DOB: | |
| Facility Address: | 1415 Truxtun | Race: | Hispanic |
| Facility Phone: | (661) 868-6850 | FBI#: | 2091646 |
| Currently | 8 USC 1326 | | |

### RETURN OF SERVICE

Executed on: _____   _____
                                (signature)