HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, OR Bar #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO MORA-DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:15-cr-00083-LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) ) | STIPULATION TO ADVANCE STATUS CONFERENCE; ORDER THEREON |
| vs. | ) ) | |
| FRANCISCO MORA-DELGADO, | ) ) | DATE:   August 10, 2015 TIME:    8:30 a.m. |
| *Defendant.* | ) ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mia Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Erin Snider, Counsel for Defendant Francisco Mora-Delgado, that the status conference set for August 24, 2015, **may be advanced and rescheduled to August 10, 2015, at 8:30 a.m.** for a change of plea before the Honorable Lawrence J. O'Neill.

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea on August 10, 2015.

Mora-Delgado Stipulation and Order Thereon

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: August 5, 2015        By:    */s/ Mia A. Giacomazzi*
                                    MIA A. GIACOMAZZI
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender

DATED: August 5, 2015        By:    */s/ Erin Snider*
                                    ERIN SNIDER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    FRANCISCO MORA-DELGADO


IT IS SO ORDERED.

   Dated:   **August 6, 2015**              **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

Mora-Delgado Stipulation and Order Thereon